United States District Court
Western District of Wisconsin
120 North Henry Street
Post Office Box 591
Madison, Wisconsin 53701
August 18, 2004

RECEIVED
Aug 24  11 00 AM '04
FINANCIAL
DISCLOSURE OFFICE

Chambers of
John C. Shabaz
District Judge

Honorable Mari M. Lisi, Chair
Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

RE: 2003 Financial Disclosure Report, Amended

Dear Judge Lisi:

This is to acknowledge receipt of your letter dated August 5, 2004 concerning my calendar year 2003 filing.

The entry in Part VII, page 1, line 1 from Attachment 1 listed as "General Government Securities" represents the cash equivalent held at R.W. Baird.  The entry specifically relating to the amount listed states "Money Market Funds" rather than specific "General Government Securities".  This is an asset accumulated during the calendar year 2003.

In Part VII, page 1, lines 8 - 9b, column C(2) should state "R" representing cost rather than "T".

Finally, Part VII, page 2, lines 22, 26 and 27 should have stated as column C(2) "T".

This letter is written for the purpose of amending my 2003 filing with those suggestions you have brought to my attention.

Yours very truly,

John C. Shabaz
District Judge

JCS/mfh

United States District Court
Western District of Wisconsin
120 North Henry Street
Post Office Box 591
Madison, Wisconsin 53701
June 30, 2004

Chambers of
John C. Shabaz
District Judge

Committee on Financial Disclosure
Administrative Office of the
 United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544

SELF INIT
AMEND

RE: 2003 Financial Disclosure Report, Amended

Greetings:

Please accept this as an amendment to the above Financial
Disclosure Report for calendar year 2003:

Section VII, page 1, item 5 AT&T.  Delete said entry.  All shares
were sold on February 8, 2002 and April 17, 2002 as previously
reported, deleting partial sale to full.


very truly,

t Judge

RECEIVED
Jul 7 10 58 AM '04
FINANCIAL
DISCLOSURE OFFICE

AO-10 (WP)
Rev. 1/2004

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2003

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. App. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organ zat on | 3. Date of Report |
|---|---|---|
| SHABAZ, JOHN C. | U.S. District Court, W.D. Wis. | 5/7/2004 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)* | 5. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. DISTRICT JUDGE - ACTIVE | ___ Nomination, Date _____ <br> ___ Initial  _X_ Annual  ___ Final | 01/01/2003 to 12/31/2003 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| U.S. COURTHOUSE <br> PO BOX 591 <br> MADISON, WI 53701 | Reviewing Officer _____ Date _____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions.) | |
| 1 Custodian | Bank Mutual Corp., Madison WI, Common Stock (VII 12) |
| 2 Co-Trustee | Irrevocable Trust (VII 16, Attachment 3) |
| 3 Custodian | Funds (VII 17, 18, 24, 25) |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
|---|---|
| ☐ NONE (No reportable agreements.) | |
| 1 | Stipulation dated 1/3/1985 in which Wisconsin Retirement System benefits have been irrevocably assigned to another (VII 4) |
| 2 | ████ Development Agreement dated 5/30/1996 and power of attorney effecti thereafter for development and sale of ████ farm where ████ member appointed (VII 8 & 9) |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | GROSS INCOME |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| | | |
|---|---|---|
| X NONE (No reportable non-investment income.) | | |
| 1 | | |
| 2 | | |

RECEIVED May 12 12 46 PM '04 FINANCIAL DISCLOSURE OFFICE

|                                     | Name of Person Reporting | Date of Report |
|-------------------------------------|--------------------------|----------------|
| FINANCIAL DISCLOSURE REPORT         | SHABAZ, JOHN C.          | 05/7/2004      |

**SECTION HEADING.**

Information continued from Parts I through III, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|------|----------|------------------------------|
| 4 | Co-Trustee | Qualified ██████████ trust |
| 5 | Co-Trustee | Qualified ██████████ trust |
| 6 | Co-Trustee | Part VII, 1, trust (Attachment 1) |
| 7 | Member/Officer | Eastside Lutheran Church, Madison WI, Treasurer also serving on coordinating council. Having no responsibility for fund raising or investments in accordance with letter of Judge R. Lanier Anderson dated December 14, 1992 docket #927. |
| 8 | Member | Madison Club, social club member |
| 9 | Member | Cherokee Association, Madison WI, residential association, member. |
| 10 | Member | Cherokee Country Club, Madison WI, an athletic social club, member. |
| 11. | Member | Princeton Club, Madison WI, athletic club, member. |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SHABAZ, JOHN C. | 5/7/2004 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| X | NONE (No such reportable reimbursements.) | |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| X | NONE (No reportable liabilities.) | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

| *Value Codes: | J=$15,000 or less | K=$15,001-$50,000 | L=$50,001-$100,000 | M=$100,001-$250,000 |
|---|---|---|---|---|
| | N=$250,001-$500,000 | O=$500,001-$1,000,000 | | P1=$1,000,001-$5,000,000 |
| | P2=$5,000,001-$25,000,000 | P3=25,000,001-50,000,000 | | P4=50,000,001 or more |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 5/7/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS – income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| | A. Description of Assets (including trust assets) | B. Income during reporting period (1) Amount Code | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Type | Value Code | Value Method | Type | Date Month/Day | Value Code | Gain Code | Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, | | | | | | | | | |
| 1 | R.W. Baird & Co., Inc. Trust (Part 1, Item 6) | E | Int Div N | T | | Attachment 1 | | | | |
| 2 | Government Life Ins (VA) | A | Interest J | T | | | | | | |
| 3 | Federated Utility Fund, Inc. IRA | D | Div Int Cap Gain L | T | | | 12/31 | | | Required IRA Distr for 2003 |
| 4 | Wisconsin Retirement Sys. | D | Pension Int Div K | T | | | | | | (Part II, 1) |
| 5 | AT&T | A | Div | J | T | | | | | |
| 6 | U.S. Savings Bonds | A | Interest J | T | | | | | | |
| 7 | Capital Transamerica Sold in 2002 as previously reported | None | | | | | | | | |
| 8 | Real Estate, New Berlin, Wisconsin | E | Cap Gain K | T | | Sale ▮▮▮ | 5/18 | K | E | Seymour |
| 9 | Real Estate, New Berlin, Wisconsin | E | Cap Gain K | T | | Sale ▮▮▮ | 6/5 | K | E | Petery |
| 9a | Real Estate, New Berlin, Wisconsin | E | Cap Gain K | T | | Sale ▮▮▮ | 6/25 | K | E | Anderson |
| 9b | Real Estate, New Berlin, Wisconsin | A | None | J | T | | | | · | (Part II, 2) |
| 10 | Wisconsin ST GO SER D 1990 BDS, Higher Ed Ser. | B | Interest K | T | | | | | | |
| 11 | | | | | | | | | | |
| 12 | Bank Mutual Corp. | A | Div Cap Gain J | T | | | | | | (Part I, 1) |
| 13 | R.W. Baird & Co. TT FBO Aggregate Pension PFT | F | Int Div Cap Gain O | T | | Attachment 2 | 12/31 | | | Required 401K Distr for 2003 |
| 14 | First Federal Savings Bank, Madison, WI | Closed 2002 | | | | | | | | Checking account |
| 15 | Spectrum Signal | A | Div | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: (See Col B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
| 2. Value Codes: (See Col C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. Value Method Codes: (See Col C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| SHABAZ, JOHN C | 5/7/2004 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-57 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Codes (Q-W) | D. Transactions during reporting period (if not exempt from disclosure) (1) Type (e.g. buy/sell/redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, | | | | | | | | | |
| 16 Irrevocable Trust Aggreg. | E | Int Div N | T | Attachment 3 | | | | | (Part I, 2) |
| 17 Massachusetts Investment Trust | A | Int Div J | T | | | | | | (Part I, 3) |
| 18 Massachusetts Investment Trust | A | Int Div J | T | | | | | | (Part I, 3) |
| 19 | | | | | | | | | |
| 20 Lucent - Sold in 2003 | | None | | | | | | | |
| 21 Pepisco | A | Div K | T | | | | | | |
| 22 Great Midwest Bank, Brookfield, WI 53005 | A | Interest J | | | | | | | Checking account |
| 23 | | | | | | | | | |
| 24 New Economy Fund | A | Int Div J | T | | | | | | (Part I, 3) |
| 25 New Economy Fund | A | Int Div J | T | | | | | | (Part I, 3) |
| 26 Bank One, Madison, WI | A | Interest J | | | | | | | Checking account |
| 27 Horicon Banking, Horicon, WI | B | Interest J | | | | | | | Savings account |
| 28 | | | | | | | | | |
| 29 | | | | | | | | | |
| 30 | | | | | | | | | |
| 31 | | | | | | | | | |
| 32 | | | | | | | | | |

| 1. | Income/Gain Codes: (See Col. B1, D4) | A=$1,000 or less F=$50,001-$100,000 | B=$1,001-$2,500 G=$100,001-$1,000,000 | C=$2,501-$5,000 H1=$1,000,001-$5,000,000 | D=$5,001-$15,000 H2=More than $5,000,000 | E=$15,001-$50,000 |
|---|---|---|---|---|---|---|
| 2. | Value Codes (See Col. C1, D3) | J=$15,000 or less N=$250,001-$500,000 P3=$25,000,001-$50,000,000 | K=$15,001-$50,000 O=$500,001-$1,000,000 | L=$50,001-$100,000 P1=$1,000,001-$5,000,000 P4=More than $50,000,000 | M=$100,001-$250,000 P2=$5,000,001-$25,000,000 | |
| 3. | Value Method Codes (See Col. C2) | Q=Appraisal U=Book value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

□
1. Northwestern Mutual Life Insurance policies.
□
2. SECTION VII, Items 8, 9, 9a & 9b, Real Estate New Berlin, Wisconsin. Based on comparable sales, assessment and best estimate, present value is none. All sales completed.

ATTACHMENT 1 (PART VII, ITEM 1)
TRUST (PART 1, ITEM 6)

| SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|
| Oracle Corp. | A | K |
| General Government Securities | A | J |

The following purchases took place during the year 2003 and are assets in said trust as of 12/31/03:

| DATE | SECURITY | INCOME | AMOUNT and MARKET VALUE |
|---|---|---|---|
| **Bought:** | | | |
| 03/24/03 | Citigroup Capital VIII | C | L |
| 03/24/03 | CORTS TR II Bell South 7% | C | L |
| 03/19/03 05/19/03 & 07/17/03 | Abbey National PLC 7.25% - 7.375% | D | M |
| **Sold:** | | | |
| 01/23/03 & 02/11/03 | WI HLTH & ED FAC PROSPCT CONG HSG VAR RT RV LIQ FAC FIRSTAR WKY PUT OPT CPN 1.750% DUE 01/01/23 DTD 03/03/93 CALL 02/01/02 @ 100.000 | B | K |
| 03/17/03 | Federal Home Loan Mortgage Corp. REMIC #2454 | C | M |
| 03/17/03 | Federal Home Loan Mortgage Crop. REMIC #2459 | C | M |

ATTACHMENT 2 (PART VII, ITEM 13)

Robert W. Baird Self-Directed Pension/Profit Plan and Trust
Robert W. Baird & Co., Inc., Trustee, FBO John C. Shabaz
Keogh Profit Sharing, ██████████, Milwaukee, Wisconsin, ████

The undersigned, pursuant to appropriate resolution, has previously designated Robert W. Baird & Co., Inc. as trustee of his retirement plan; that all assets of the plan should be invested through an account with Robert W. Baird & Co., Inc. and said company is authorized and directed to perform any and all acts determined in its discretion to be necessary or appropriate to accomplish the intent of the foregoing resolution.

Holdings in said plan as of December 31, 2003 are as follows:

| SECURITY | INCOME | MARKET VALUE |
|---|---|---|
| Exchange Natl Bk CD 0.000 01/06/06 Chicago IL | C | K |
| Exchange Natl Bk CD 0.000 02/07/06 Chicago IL | C | L |
| Lasalle Natl Bank Zero CPN CD 10/31/08 | C | L |
| Lasalle Natl Bank CD Zero Cpn 03/09/04 | C | L |
| Green Tree Finl Corp. Due 02/01/30 | C | L |
| US Bank | A | L |

Common Stock as follows:

| | | |
|---|---|---|
| General Electric Co. | A | K |
| Johnson & Johnson | A | K |
| Kohl's Corp. | A | K |
| Cisco Systems Inc. | A | L |
| Citigroup, Inc. | A | K |
| Oracle Corp. | A | J |
| Pfizer Incorporated | A | K |
| Amgen | A | K |
| Citigroup Preferred | B | K |
| Bell South Cap. | B | K |
| Merrill Lynch PFD CAP TR | B | K |
| U.S. Bank, Cash | A | J |

The following transactions took place during the year 2003:

| DATE | SECURITY | AMOUNT |
|---|---|---|

Bought:

| DATE | SECURITY | AMOUNT |
|---|---|---|
| 05/15/03 | Merrill Lynch PFD CAP 7.28% | K |
| 07/17/03 | Abbey National PLC 7.25% - 7.375% | L |

| DATE | SECURITY | AMOUNT |
|---|---|---|

Sold:

| DATE | SECURITY | AMOUNT |
|---|---|---|
| 07/08/03 | Harley Davidson, Inc. | L |
| 12/12/03 | MCI Worldcom | J |
| 12/12/03 | Amgem (partial) | J |
| 12/12/03 | EMC | J |
| 12/12/03 | Lucent | J |
| 12/12/03 | ADC | J |
| 12/12/03 | McData | J |
| 12/12/03 | Agere Systems, Inc. | J |

ATTACHMENT 3 (PART VII, ITEM 16)
Irrevocable Trust (PART I, ITEM 2)

|  | INCOME | VALUE |
|---|---|---|
| Money Mkt & Cash Account,<br>US Bank | A | K |
| GNMA Pool #305552 8.75% 5/15/11 | A | J |
| GNMA Pool #316399 9.25% 8/15/02 | A | J |
| Maricopa County AZ Revenue Bond | B | K |
| Prairie du Chien Wis<br>Redev Auth Redev Lease | B | K |
| IL DEV FIN ATH RV PRVENA<br>HLTH SR A RFDG MBIA B/E<br>due 05/15/23 | B | K |
| WISCONSIN ST HLTH & EDL<br>FACS AUTH RV AMBAC UTD<br>due 12/15/27 | C | L |
| Federal Nat'l Mortgage Assoc. | B | J |

Common Stock as follows:

| | INCOME | VALUE |
|---|---|---|
| Harley Davidson, Inc. | C | L |
| Hewlett-Packard | A | J |
| Intel Corp. | B | K |
| Microsoft | A | K |
| Midwest Express Holdings | A | J |
| Time Warner Inc. | A | J |
| Tyco | A | J |
| Agilent | A | J |

The following transactions took place during the year 2003:

| | DATE | SECURITY | AMOUNT |
|---|---|---|---|
| Bought: | | | |
| | 05/15/03 | Merrill Lynch PFD<br>CAP 7.28% | K |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature                                                          Date   May 7, 2004

NOTE: ANY _____DUAL WHO KNOW____ ___D WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJEC___ ___CIVIL AND CRIMINAL___ ___IONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544